UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   08-60284-Cr-Marra

UNITED STATES OF AMERICA

v.

KEVIN FRANKEL,
        **Defendant.**
_____/

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TERMINATE
SUPERVISED RELEASE**

    Undersigned counsel hereby responds to Defendant's Motion to Terminate Supervised Release, and states that it has no objection to said motion.

                                  Respectfully submitted,

                                  ARIANA FAJARDO ORSHAN
                                  UNITED STATES ATTORNEY

                                  <u>s/Jeffrey N. Kaplan</u>

                                  Court ID No. A005500030
                                  Assistant United States Attorney
                                  500 East Broward Blvd, 7th Floor
                                  Fort Lauderdale, FL, 33394
                                  Tel: (954) 356-7255 Ext 3515
                                  Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, the undersigned electronically filed the foregoing document, with the Clerk of the Court using CM/ECF and to the defendant by US Mail to:

>Kevin Frankel
>4608 Windward Cove Lane
>Wellington, Fl 33449

>s/Jeffrey N. Kaplan
>Jeffrey N. Kaplan
>Assistant United States Attorney